# Exhibit 1

Registered Aug. 8, 1939

**Trade-Mark 369,971**

# UNITED STATES PATENT OFFICE

Converse Rubber Company, Malden, Mass.

Act of February 20, 1905

Application March 23, 1939, Serial No. 417,401



## STATEMENT

*To all whom it may concern:*

Be it known that Converse Rubber Company, a corporation duly organized and existing under the laws of the Commonwealth of Massachusetts, located at 392 Pearl Street, in Malden, in the county of Middlesex and said Commonwealth, and doing business at said Malden, has adopted and used the trade-mark shown in the accompanying drawing for ATHLETIC SHOES OF RUBBER AND FABRIC, in Class No. 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods, and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905, as amended.

The trade-mark has been continuously used and applied to said goods in the business of said corporation since October 24, 1916.

The trade-mark is usually applied to the goods by molding it thereon or by affixing thereto a label on which the trade-mark is shown.

The undersigned hereby appoints Robert Cushman, Charles D. Woodberry, Charles S. Grover, Herman T. Gammons, Richard F. Walker and William Gates, Jr., practicing under the name and style of Roberts, Cushman & Woodberry (Reg. No. 12,202), 31 Milk Street, Boston, Massachusetts, its attorneys, with full power of substitution and revocation, to sign its name to the drawing, to prosecute this application, to make alterations and amendments therein, to receive the certificate, and to transact all business in the Patent Office connected therewith.

CONVERSE RUBBER COMPANY,
By HENRY C. BERLIN,
*Its President.*

Int. Cls.: 25 and 28

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Renewal

Reg. No. 868,375
Registered Apr. 22, 1969
OG Date June 20, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## CONVERSE



CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680, ASSIGNEE BY MESNE ASSIGNMENT, MERGER AND CHANGE OF NAME CONVERSE RUBBER CORPORATION (MASSACHUSETTS CORPORATION) BOSTON, MA

OWNER OF U.S. REG. NO. 131,728.

FOR: GAMES, TOYS, AND SPORTING GOODS—NAMELY, GOLF SHOES, TRACK SHOES, WRESTLING SHOES, BASEBALL SHOES, FOOTBALL SHOES, AIR FLOATS AND AIR MATTRESSES, IN CLASS 22 (INT. CLS. 28 AND 25).

FIRST USE 10-0-1965; IN COMMERCE 10-0-1965.

FOR: CLOTHING—NAMELY, HUNTING BOOTS, FISHING BOOTS, INDUSTRIAL BOOTS, RUBBER BOOTS, TENNIS SHOES, BASKET BALL SHOES, BOAT SHOES, GENERAL PURPOSE ATHLETIC SNEAKERS, CASUAL SHOES, JACKETS, TROUSERS, PARKAS, SHIRTS, OVERALLS, RAINCOATS AND SUSPENDERS, IN CLASS 39 (INT. CL. 25).

FIRST USE 10-0-1916; IN COMMERCE 10-0-1916.

SER. NO. 288,155, FILED 1-5-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 20, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**868,375**
Registered Apr. 22, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 288,155, filed Jan. 5, 1968

## CONVERSE

Converse Rubber Corporation (Massachusetts corporation)
392 Pearl St.
Malden, Mass.   02148

For: GAMES, TOYS, AND SPORTING GOODS—NAMELY, GOLF SHOES, TRACK SHOES, WRESTLING SHOES, BASEBALL SHOES, FOOTBALL SHOES, AIR FLOATS AND AIR MATTRESSES, in CLASS 22 (INT. CL. 28 AND 25).

First use at least as early as October 1965; in commerce at least as early as October 1965.

For: CLOTHING—NAMELY, HUNTING BOOTS, FISHING BOOTS, INDUSTRIAL BOOTS, RUBBER BOOTS, TENNIS SHOES, BASKET BALL SHOES, BOAT SHOES, GENERAL PURPOSE ATHLETIC SNEAKERS, CASUAL SHOES, JACKETS, TROUSERS, PARKAS, SHIRTS, OVERALLS, RAINCOATS AND SUSPENDERS, in CLASS 39 (INT. CL. 25).

First use at least as early as October 1916; in commerce at least as early as October 1916.

Owner of Reg. No. 131,728.

# United States Patent Office

**868,375**
Registered Apr. 22, 1969

## PRINCIPAL REGISTER
### Trademark

Ser. No. 288,155, filed Jan. 5, 1968

## CONVERSE

Converse Rubber Corporation (Massachusetts corporation)
392 Pearl St.
Malden, Mass. 02148

For: GAMES, TOYS, AND SPORTING GOODS—NAMELY, GOLF SHOES, TRACK SHOES, WRESTLING SHOES, BASEBALL SHOES, FOOTBALL SHOES, AIR FLOATS AND AIR MATTRESSES, in CLASS 22 (INT. CL. 28 AND 25).

First use at least as early as October 1965; in commerce at least as early as October 1965.

For: CLOTHING—NAMELY, HUNTING BOOTS, FISHING BOOTS, INDUSTRIAL BOOTS, RUBBER BOOTS, TENNIS SHOES, BASKET BALL SHOES, BOAT SHOES, GENERAL PURPOSE ATHLETIC SNEAKERS, CASUAL SHOES, JACKETS, TROUSERS, PARKAS, SHIRTS, OVERALLS, RAINCOATS AND SUSPENDERS, in CLASS 39 (INT. CL. 25).

First use at least as early as October 1916; in commerce at least as early as October 1916.

Owner of Reg. No. 131,728.



**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

**Reg. No. 1,206,260**

## United States Patent and Trademark Office
Registered Aug. 24, 1982

## TRADEMARK
### Principal Register

## SKIDGRIP

Eltra Corporation (Delaware corporation)
P.O. Box 931
Toledo, Ohio 43694

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Dec. 31, 1940; in commerce Dec. 31, 1940.

Ser. No. 294,756, filed Jan. 28, 1981.

ROBERT PEVERADA, Primary Examiner

FRANCIE R. GOROWITZ, Examiner

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

Reg. No. 1,275,191
Registered Apr. 24, 1984

## TRADEMARK
### Principal Register

# ALL STAR

Converse Inc. (Massachusetts corporation)
55 Fordham Rd.
Wilmington, Mass. 01887, assignee, by merger and assignment, of
Eltra Corporation (New York corporation)
Toledo, Ohio

For: ALL PURPOSE SPORTS BAGS, EXCLUDING BAGS INTENDED PRIMARILY FOR SPORTS EQUIPMENT, in CLASS 18 (U.S. Cl. 3).

First use Jan. 1, 1976; in commerce Jan. 1, 1976.

Owner of U.S. Reg. No. 369,971.

Ser. No. 207,532, filed Mar. 15, 1979.

MARY JOAN LEAHY, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,276,236**

## United States Patent and Trademark Office

Registered May 1, 1984

## TRADEMARK
### Principal Register

## ALL STAR

Converse, Inc. (Massachusetts corporation)
55 Fordham Rd.
Wilmington, Mass. 64633, change of name, merger &
   assignee of, by mesne of assignment of
Eltra Corporation (New York corporation)
Toledo, Ohio

For: SHIRTS, in CLASS 25 (U.S. Cl. 39).
First use Nov. 1, 1975; in commerce Feb. 1, 1976.
Owner of U.S. Reg. No. 369,971.

Ser. No. 219,261, filed Jun. 11, 1979.

MARY C. MACK, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 1,493,265

## United States Patent and Trademark Office

Registered June 21, 1988

## TRADEMARK
### PRINCIPAL REGISTER

## CONS

CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 11–12–1986; IN COMMERCE
11–12–1986.

SER. NO. 693,237, FILED 11–2–1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,790,496

Registered Aug. 31, 1993

## TRADEMARK
### PRINCIPAL REGISTER

## CONS

CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, KNIT T-
SHIRTS, COLLAR PLACKET SHIRTS, WOVEN
SHIRTS, SWIMWEAR, KNIT AND WOVEN
SHORTS, KNIT AND WOVEN PANTS, TANK
TOPS, FLEECE TOPS AND BOTTOMS, WIND
SUITS, WIND RESISTANT JACKETS, SPORTS
CAPS AND KNIT CAPS, AND SPANDEX EX-
ERCISE WEAR; NAMELY, T-SHIRTS, SWEAT
SHORTS, SWEAT PANTS, SHORTS, AND
TANK TOPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1991; IN COMMERCE
6-0-1991.

OWNER OF U.S. REG. NO. 193,265.

SER. NO. 74-341,914, FILED 12-21-1992.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,868,363
Registered Dec. 20, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## CONVERSE

CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, KNIT T-
SHIRTS, COLLAR PLACKET SHIRTS, WOVEN
SHIRTS, SWIMWEAR, KNIT AND WOVEN
SHORTS, KNIT AND WOVEN PANTS, TANK
TOPS, FLEECE TOPS AND BOTTOMS, WIND
RESISTANT SUITS AND JACKETS, SPORTS

CAPS AND KNIT CAPS, IN CLASS 25 (U.S. CL.
39).

FIRST USE 1-0-1984; IN COMMERCE
1-0-1984.

OWNER OF U.S. REG. NOS. 1,138,468, 1,568,131
AND OTHERS.

SER. NO. 74-341,370, FILED 12-21-1992.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,453,856
Registered May 22, 2001

## SERVICE MARK
### PRINCIPAL REGISTER

## CONVERSE.COM

CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642619

    FOR: COMPUTER SERVICES, NAMELY, PRO-VIDING AN INTERACTIVE DATABASE OF INFOR-MATION ON CLOTHING, FOOTWEAR, SPORTING EQUIPMENT AND ACTIVITIES, AND SPORTS PER-SONALITIES, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 11-30-1996; IN COMMERCE 11-30-1996.

SN 75-694,054, FILED 4-29-1999.

DOMINIC J. FERRAIUOLO, EXAMINING ATTOR-NEY

Int. Cls.: 16 and 18

Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 29, 37, 38, 41, and 50

**United States Patent and Trademark Office**

Reg. No. 2,466,322

Registered July 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642619

FOR: EXERCISE BOOKS, WIREBOUND BOOKS, WIREBOUND HARDBACK BOOKS, BALLPOINT PENS, CARTRIDGE PENS, ELASTICATED BINDERS, ERASERS, FILLED PENCIL CASES, PENCILS, PENCIL PACKS, AND PENCIL SETS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-1999; IN COMMERCE 6-30-1999.

FOR: BOOK BAGS, BRIEFCASES-STYLE PORTFOLIOS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1999; IN COMMERCE 6-30-1999.

OWNER OF U.S. REG. NO. 868,375.

SN 75-662,558, FILED 3-17-1999.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,683,548**

## United States Patent and Trademark Office

Registered Feb. 4, 2003

### TRADEMARK
### PRINCIPAL REGISTER

## WEAPON

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

FIRST USE 7-18-2001; IN COMMERCE 7-18-2001.

SER. NO. 76-407,898, FILED 5-15-2002.

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

MARY ROSSMAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,807,854

## United States Patent and Trademark Office

Registered Jan. 27, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

# ALL STAR

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-24-1916; IN COMMERCE 10-24-1916.

OWNER OF U.S. REG. NOS. 1,981,319, 2,435,789 AND OTHERS.

SER. NO. 76-385,884, FILED 3-15-2002.

LAVERNE THOMPSON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**Reg. No. 2,810,717**

## United States Patent and Trademark Office

Registered Feb. 3, 2004

### TRADEMARK
**PRINCIPAL REGISTER**

## CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

FOR: SOCKS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1978; IN COMMERCE 0-0-1978.

SER. NO. 78-226,746, FILED 3-18-2003.

BRIAN BROWN, EXAMINING ATTORNEY

**Int. Cl.: 9**

**Prior U.S. Cls.: 21, 23, 26, 36 and 38**

**Reg. No. 2,869,353**

## United States Patent and Trademark Office

Registered Aug. 3, 2004

### TRADEMARK
#### PRINCIPAL REGISTER

## CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

    FOR: EYEGLASSES, SUNGLASSES, ALL PUR-POSE SPORTS GOGGLES, OPTICAL FRAMES AND ACCESSORIES THEREFOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

    FIRST USE 1-0-1989; IN COMMERCE 1-0-1989.

OWNER OF U.S. REG. NOS. 868,375, 2,529,040 AND OTHERS.

SER. NO. 78-221,295, FILED 3-4-2003.

ALEXANDER L. POWERS, EXAMINING ATTOR-NEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22, and 41

Reg. No. 2,872,822

**United States Patent and Trademark Office**

Registered Aug. 10, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

    FOR: SPORTS BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 4-21-2004; IN COMMERCE 4-21-2004.

SN 78-226,754, FILED 3-18-2003.

BRIAN BROWN, EXAMINING ATTORNEY

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,175,430

Registered Nov. 21, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

# CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

FOR: RETAIL STORE SERVICES FEATURING FOOTWEAR, CLOTHING, SPORTS BAGS AND BOOK BAGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-15-2005; IN COMMERCE 6-15-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 868,375, 2,872,822, AND OTHERS.

SN 78-635,149, FILED 5-23-2005.

MARIA-VICTORIA SUAREZ, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,191,460

Registered Jan. 2, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# FIRST STAR

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1995; IN COMMERCE 1-1-1995.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,868,414.

SER. NO. 78-645,575, FILED 6-7-2005.

BERYL GARDNER, EXAMINING ATTORNEY

**Int. Cl.: 26**

**Prior U.S. Cls.: 37, 39, 40, 42 and 50**

**Reg. No. 3,289,613**

**United States Patent and Trademark Office**

Registered Sep. 11, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# CONVERSE

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

    FOR: SHOE LACES, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

    FIRST USE 6-30-2005; IN COMMERCE 6-30-2005.

    THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

    OWNER OF U.S. REG. NOS. 3,061,198, 3,175,430 AND OTHERS.

    SER. NO. 77-043,830, FILED 11-14-2006.

TASHIA BUNCH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,534,741

Registered Nov. 18, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# CHUCK TAYLOR

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

FOR: FOOTWEAR; CLOTHING, NAMELY, T-SHIRTS, SHORTS, PANTS, TANK TOPS, SWEAT SUITS, VESTS, JACKETS, SWIMWEAR, SWEATERS, JEANS, FLEECE TOPS AND BOTTOMS, WIND-RESISTANT SUITS AND JACKETS, EXERCISE SUITS, EXERCISE PANTS AND TOPS, WOVEN SHIRTS, SWEAT PANTS AND SWEAT SHIRTS, SOCKS, SHORT AND LONG SLEEVED TOPS, SHORT AND LONG SLEEVED T-SHIRTS, TROU-SERS, SKIRTS, BELTS, SCARVES, BLAZERS, HEAD-GEAR, NAMELY, SPORTS CAPS AND KNIT CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-2008; IN COMMERCE 1-31-2008.

THE MARK CONSISTS OF STANDARD CHAR-ACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 315,273, 2,856,926, AND OTHERS.

THE NAME(S), PORTRAIT(S), AND/OR SIGNA-TURE(S) SHOWN IN THE MARK DOES NOT IDEN-TIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-146,615, FILED 4-2-2007.

KATHERINE CHANG, EXAMINING ATTORNEY



# United States of America
## United States Patent and Trademark Office

# STAR PLAYER

**Reg. No. 3,847,775**
**Registered Sep. 14, 2010**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2003; IN COMMERCE 1-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-934,741, FILED 2-12-2010.

LEIGH CAROLINE CASE, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office



# United States of America

### United States Patent and Trademark Office

# RUBBER TRACKS

**Reg. No. 4,417,013**  
**Registered Oct. 15, 2013**

CONVERSE INC. (DELAWARE CORPORATION)  
ONE HIGH STREET  
NORTH ANDOVER, MA 01845

**Int. Cl.: 41**

FOR: RECORDING STUDIO SERVICES; RECORDING STUDIOS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

**SERVICE MARK**

FIRST USE 7-13-2011; IN COMMERCE 7-13-2011.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 85-701,563, FILED 8-13-2012.

KIMBERLY FRYE, EXAMINING ATTORNEY



Deputy Director of the United States Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America

## United States Patent and Trademark Office

# CHUCK 70

**Reg. No. 5,722,153**

**Registered Apr. 09, 2019**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

Converse Inc.  (DELAWARE CORPORATION)
160 N. Washington Street
Boston, MASSACHUSETTS 02114

CLASS 25: Footwear

FIRST USE 2-27-2013; IN COMMERCE 2-27-2013

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 88-107,315, FILED 09-06-2018



Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 121,760

**United States Patent and Trademark Office**

Registered May 28, 1918

10 Year Renewal

Renewal Term Begins May 28, 1998

## TRADEMARK
## PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPO-
RATION)
ONE FORDHAM ROAD
NORTH READING, MA 08864, BY
MERGER, MERGER AND CHANGE
OF NAME, ASSIGNMENT, ASSIGN-
MENT AND ASSIGNMENT FROM
CONVERSE RUBBER SHOE CO. (MAS-
SACHUSETTS CORPORATION)
MALDEN, MA

FOR: BOOTS AND SHOES MADE OF
OR CONTAINING RUBBER, IN CLASS
39 (INT. CL. 25).

FIRST USE 11–18–1915; IN COMMERCE
11–18–1915.

SER. NO. 71–092,283, FILED 1–21–1916.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 1, 1998.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 315,273

Registered July 24, 1934

Renewal Term Begins July 24, 1994

## TRADEMARK
## PRINCIPAL REGISTER

*Chuck Taylor*

CONVERSE INC. (DELAWARE CORPO-
RATION)
ONE FORDHAM ROAD
NORTH READING, MA 08864, BY
MERGER, MERGER, MERGER AND
CHANGE OF NAME, ASSIGNMENT
AND ASSIGNMENT CONVERSE
RUBBER COMPANY (MASSACHU-
SETTS CORPORATION) MALDEN,
MA

THE MARK CONSISTS OF THE
NAME OF AN INDIVIDUAL, CHUCK

TAYLOR, DISPLAYED IN A DISTINC-
TIVE MANNER IN THAT IT IS A FAC-
SIMILE OF HIS SIGNATURE.

FOR: SHOES MADE OF RUBBER,
LEATHER, FABRIC, AND COMBINA-
TIONS THEREOF, IN CLASS 39 (INT.
CL. 25).

FIRST USE 1-2-1934; IN COMMERCE
1-2-1934.

SER. NO. 71-346,806, FILED 2-1-1934.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Sep. 5, 1995.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered July 24, 1934

**Trade-Mark 315,273**

# UNITED STATES PATENT OFFICE

Converse Rubber Company, Malden, Mass.

Act of February 20, 1905

Application February 1, 1934, Serial No. 346,896

*Chuck Taylor*

## STATEMENT

Commissioner of Patents:

Converse Rubber Company, a corporation duly organized under the laws of the State of Massachusetts and located at Malden, Massachusetts, and doing business at 392 Pearl Street, Malden, Massachusetts has adopted and used the trademark shown in the accompanying drawing, for SHOES MADE OF RUBBER, LEATHER, FABRIC, AND COMBINATIONS THEREOF, in Class 39, Clothing, and presents herewith five specimens showing the trade-mark as actually used by applicant upon the goods and requests that the same be registered in the United States Patent Office in accordance with the act of February 20, 1905. The trade-mark has been continuously used and applied to said goods in applicant's business since January 2, 1934. The trade-mark is applied or affixed to the goods or to the packages containing the same by placing thereon a printed label on which the trade-mark is shown.

The mark consists of the name of an individual, Chuck Taylor, displayed in a distinctive manner in that it is a facsimile of his signature.

CONVERSE RUBBER COMPANY,
By HENRY C. BERLIN,
President.

Int. Cl.: 25

Prior U.S. Cl.: 39

Reg. No. 583,097

**United States Patent and Trademark Office**

Registered Dec. 1, 1953

10 Year Renewal

Renewal Term Begins Dec. 1, 1993

## TRADEMARK
## PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPO-
RATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680, BY
ASSIGNMENT, MERGER, ASSIGN-
MENT, ASSIGNMENT, MERGER, AS-
SIGNMENT AND ASSIGNMENT
FROM B. F. GOODRICH COMPANY,
THE (NEW YORK CORPORATION)
NEW YORK, NY

THE NAME "JACK PURCELL" IS THE
NAME OF A LIVING INDIVIDUAL,

WHOSE CONSENT TO USE AND REG-
ISTER HIS NAME IN CONNECTION
WITH THE GOODS LISTED HEREIN IS
OF RECORD IN THE APPLICATION
FILE.

FOR: RUBBER-SOLED CANVAS
SHOES FOR THE USE OF MEN,
WOMEN, AND CHILDREN, IN CLASS 39
(INT. CL. 25).

FIRST USE 0–0–1935; IN COMMERCE
0–0–1935.

SER. NO. 71–632,083, FILED 7–2–1952.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 4, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Registered Dec. 1, 1953

# Registration No. 583,097

## PRINCIPAL REGISTER
### Trade-Mark

# UNITED STATES PATENT OFFICE

**The B. F. Goodrich Company, New York, N. Y.,
and Akron, Ohio**

Act of 1946

Application July 2, 1952, Serial No. 632,083



## STATEMENT

The B. F. Goodrich Company, a corporation duly organized under the laws of the State of New York, located at 230 Park Avenue, New York, New York, and doing business at 500 South Main Street, Akron, Ohio, has adopted and is using the trade-mark shown in the accompanying drawing, for RUBBER-SOLED CANVAS SHOES FOR THE USE OF MEN, WOMEN, AND CHILDREN, in Class 39, Clothing, and presents herewith, five (5) specimens showing the trade-mark as actually used in connection with such goods, the trade-mark being applied to tags or labels affixed to the goods, and requests that the same be registered in the United States Patent Office on the Principal Register in accordance with the act of July 5, 1946. The name "Jack Purcell" is the name of a living individual, whose consent to use and register his name in connection with the goods listed herein is of record in the application file.

The trade-mark was first used by applicant's predecessor in title in 1935, and first used in commerce among the several States which may lawfully be regulated by Congress by applicant's predecessor in title in 1935.

THE B. F. GOODRICH COMPANY,
By R. G. JETER,
*Secretary.*

COMB. AFF. SEC. 8 & 15
MAR 18 1959

# United States Patent Office

**741,662**
Registered Dec. 4, 1962

## PRINCIPAL REGISTER
### Trademark

Ser. No. 136,634, filed Jan. 26, 1962



Converse Rubber Corporation (Massachusetts corporation)
392 Pearl St.
Malden, Mass.

For: CANVAS-TOPPED, RUBBER-SOLED ATHLETIC SHOES, in CLASS 39.
First use Oct. 24, 1916; in commerce Oct. 24, 1916.
Owner of Reg. No. 369,971.

Int. Cls.: 25 and 28

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 924,169

Registered Nov. 23, 1971

Renewal Term Begins Nov. 23, 1991

## TRADEMARK
## PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPO-
RATION)
ONE FORDHAM ROAD.
NORTH READING, MA 018642680, BY
MERGER, MERGER AND CHANGE
OF NAME AND MESNE ASSIGN-
MENT FROM CONVERSE RUBBER
CORPORATION (MASSACHUSETTS
CORPORATION) MALDEN, MA

OWNER OF U.S. REG. NOS. 131,728,
741,662 AND 868,375.

FOR: GOLF SHOES, TRACK SHOES,
WRESTLING SHOES, BASEBALL
SHOES, FOOTBALL SHOES, SKATE
SCABARDS, ANKLE SUPPORTS, TEETH
GUARDS, HOCKEY PUCKS, AIR
FLOATS AND AIR MATTRESSES, IN
CLASS 22 (INT. CLS. 25 AND 28).
FIRST USE 1-1-1967; IN COMMERCE
1-1-1967.

FOR: HUNTING BOOTS, FISHING
BOOTS, INDUSTRIAL BOOTS, RUBBER
BOOTS, TENNIS SHOES, BASKETBALL
SHOES, BOAT SHOES, GENERAL PUR-
POSE ATHLETIC SNEAKERS, CASUAL
SHOES, WADING SANDALS, JACKETS,
TROUSERS, PARKAS, SHIRTS, OVER-
ALLS, HATS, RAINCOATS, AND SUS-
PENDERS, IN CLASS 39 (INT. CL. 25).
FIRST USE 1-1-1967; IN COMMERCE
1-1-1967.

SER. NO. 72-372,578, FILED 10-6-1970.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Feb. 25, 1992.*

COMMISSIONER OF PATENTS AND TRADEMARKS

# United States Patent Office

**924,169**
Registered Nov. 23, 1971

## PRINCIPAL REGISTER
### Trademark

Ser. No. 372,578, filed Oct. 6, 1970



Converse Rubber Corporation (Massachusetts corporation)
392 Pearl St.
Malden, Mass.  02148

For: GOLF SHOES, TRACK SHOES, WRESTLING SHOES, BASEBALL SHOES, FOOTBALL SHOES, SKATE SCABARDS, ANKLE SUPPORTS, TEETH GUARDS, HOCKEY PUCKS, AIR FLOATS AND AIR MATTRESSES, in CLASS 22 (INT. CLS. 25 and 28).

For: HUNTING BOOTS, FISHING BOOTS, INDUSTRIAL BOOTS, RUBBER BOOTS, TENNIS SHOES, BASKETBALL SHOES, BOAT SHOES, GENERAL PURPOSE ATHLETIC SNEAKERS, CASUAL SHOES, WADING SANDALS, JACKETS, TROUSERS, PARKAS, SHIRTS, OVERALLS, HATS, RAINCOATS, AND SUSPENDERS, in CLASS 39 (INT. CL. 25).

First use at least as early as Jan. 1, 1967; in commerce at least as early as Jan. 1, 1967.

Owner of Reg. Nos. 131,728, 741,662 and 868,375.

### Amendment

Registered November 23, 1971

Registration No. 924,169

Converse Rubber Corporation

Application to amend having been made by Eltra Corporation, owner of the registration above identified, the drawing is amended to appear as follows:



Such amendment has been entered upon the records of the Patent and Trademark Office and the said original registration should be read as so amended.

Signed and sealed this 16th day of May 1978.

[SEAL]

Attest:
JANIE COOKSEY,
*Attesting Officer.*

LUTRELLE F. PARKER,
*Commissioner.*

# United States Patent Office

**938,918**
Registered July 25, 1972

## PRINCIPAL REGISTER
### Trademark

Ser. No. 387,974, filed Mar. 31, 1971



The B. F. Goodrich Company (New York corporation)
500 S. Main St.
Akron, Ohio 44318

For: FOOTWEAR—N A M E L Y, RUBBER-SOLED OR PLASTIC-SOLED CANVAS SHOES—in CLASS 39 (INT. CL. 25).

First use Mar. 15, 1971; in commerce Mar. 15, 1971.

"Jack Purcell" is a living individual whose consent is of record.

Owner of Reg. No. 583,097.

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent Office**

Reg. No. 1,078,480
Registered Nov. 29, 1977

## TRADEMARK
### Principal Register



Eltra Corporation (New York corporation)
P.O. Box 931
Toledo, Ohio   43694

For: FOOTWEAR, in CLASS 25 (U.S. CL. 39).
First use December 1976; in commerce December 1976.
Owner of Reg. Nos. 131,728, 924,169, and others.

Ser. No. 118,741, filed Mar. 11, 1977.

R. E. WOLFINGTON, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,138,468**

## United States Patent and Trademark Office

Registered Aug. 5, 1980

## TRADEMARK
### Principal Register



Eltra Corporation (New York corporation)
P.O. Box 931
Toledo, Ohio   43694

For: FOOTWEAR, in CLASS 25 (U.S. CL. 39).
First use Feb. 1, 1977; in commerce Feb. 1, 1977.
Owner of U.S. Reg. Nos. 369,971, 868,375 and 924,169.

Ser. No. 228,707. Filed Aug. 23, 1979.

B. A. CHAPMAN, Primary Examiner

66-007

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

Reg. No. 1,138,469

**United States Patent and Trademark Office**

Registered Aug. 5, 1980

## TRADEMARK
### Principal Register

REGISTERED FOR A TERM OF 20 YEARS FROM Aug. 5, 1980



Eltra Corporation (New York corporation)
P.O. Box 931
Toledo, Ohio 43694

For: FOOTWEAR, in CLASS 25 (U.S. CL. 39).
First use Jan. 1, 1965; in commerce Jan. 1, 1965.
Owner of U.S. Reg. Nos. 369,971, 868,375 and 741,662.
"Chuck Taylor" is the name of an individual, now deceased.

Ser. No. 228,708. Filed Aug. 23, 1979.

B. A. CHAPMAN, Primary Examiner

Certified to be a true copy of the registration
issued by the United States Patent & Trademark
Office, which registration is in full force
and effect. Record title is in Converse
Inc., a Mass. corp.

Attest



JUL 14 1983
Attesting Officer

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

**Reg. No. 1,146,876**
Registered Feb. 10, 1981

### TRADEMARK
Principal Register



Eltra Corporation (New York corporation)
P.O. Box 931
Toledo, Ohio 43694

For: FOOTWEAR, in CLASS 25 (U.S. Cl. 39).
First use Jan. 1, 1974; in commerce Jan. 1, 1974.
Owner of U.S. Reg. Nos. 369,971 and 741,662.

Ser. No. 228,706, filed Aug. 23, 1979.

PAUL F. GAST, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,215,935
Registered Nov. 9, 1982

## TRADEMARK
### Principal Register



Converse Inc. (Massachusetts corporation)
55 Fordham Rd.
Wilmington, Mass. 01887, assignee of
Eltra Corporation (Delaware corporation)
Toledo, Ohio

For: SHIRTS, in CLASS 25 (U.S. Cl. 39).

First use Nov. 1979; in commerce Jan. 1980.
Owner of U.S. Reg. Nos. 1,053,338 and 1,169,407.

Ser. No. 293,693, filed Jan. 19, 1981.

MICHAEL D. HAMILTON, Examining Attorney

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,525,779
Registered Feb. 21, 1989

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: SOCKS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2–1–1978; IN COMMERCE
2–1–1978.
    SEC. 2(F).

    SER. NO. 693,236, FILED 11–2–1987.

MARIA SOLOMON, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,632,413

Registered Jan. 22, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, SOCKS AND WARM-UP
SUITS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 12–0–1976; IN COMMERCE
12–0–1976.

OWNER OF U.S. REG. NOS. 741,662, 1,547,177
AND OTHERS.

SEC. 2(F).

SER. NO. 73–815,375, FILED 7–28–1989.

KATHERINE STOIDES, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**Reg. No. 1,654,951**

# United States Patent and Trademark Office

Registered Aug. 27, 1991

## TRADEMARK
### PRINCIPAL REGISTER

# C★NVERSE

CONVERSE, INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, FOOTWEAR, IN
CLASS 25 (U.S. CL. 39).

FIRST USE 12–15–1986; IN COMMERCE
12–15–1986.

SER. NO. 74–044,591, FILED 4–2–1990.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3

**United States Patent and Trademark Office**

Reg. No. 1,738,330

Registered Dec. 8, 1992

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-TION)
ONE FORDHAM ROAD
NORTH READING, MA 01864

FOR: ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CL. 3).

FIRST USE 1–0–1987; IN COMMERCE 1–0–1987.

OWNER OF U.S. REG. NOS. 868,375, 1,276,236 AND OTHERS.

THE BROKEN LINES IN THE DRAWING ARE A FEATURE OF THE MARK.

THE NAME "CHUCK TAYLOR" DOES NOT IDENTIFY A LIVING INDIVIDUAL.

SER. NO. 74–207,058, FILED 9–26–1991.

ANDREW D. LAWRENCE, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,789,476
Registered Aug. 24, 1993

### TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1946; IN COMMERCE
0–0–1946.

SER. NO. 74–328,801, FILED 11–6–1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,804,563
Registered Nov. 16, 1993

## TRADEMARK
### PRINCIPAL REGISTER

# C★NVERSE

CONVERSE INC. (DELAWARE CORPORA-TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, KNIT T-SHIRTS, COLLAR PLACKET SHIRTS, WOVEN SHIRTS, SWIMWEAR, KNIT AND WOVEN SHORTS, KNIT AND WOVEN PANTS, TANK TOPS, FLEECE TOPS AND BOTTOMS, WIND RESISTANT SUITS AND JACKETS SPORTS CAPS AND KNIT CAPS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 1-0-1984; IN COMMERCE 1-0-1984.

OWNER OF U.S. REG. NOS. 1,138,468, 1,568,131 AND OTHERS.

SER. NO. 74-341,917, FILED 12-21-1992.

ANDREW D. LAWRENCE, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,804,563
Registered Nov. 16, 1993

## TRADEMARK
### PRINCIPAL REGISTER

# C★NVERSE

CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, KNIT T-
SHIRTS, COLLAR PLACKET SHIRTS, WOVEN
SHIRTS, SWIMWEAR, KNIT AND WOVEN
SHORTS, KNIT AND WOVEN PANTS, TANK
TOPS, FLEECE TOPS AND BOTTOMS, WIND
RESISTANT SUITS AND JACKETS SPORTS

CAPS AND KNIT CAPS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 1-0-1984; IN COMMERCE
1-0-1984.
OWNER OF U.S. REG. NOS. 1,138,468, 1,568,131
AND OTHERS.

SER. NO. 74-341,917, FILED 12-21-1992.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,868,414
Registered Dec. 20, 1994

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 6-0-1993; IN COMMERCE
6-0-1993.

SER. NO. 74-463,082, FILED 11-26-1993.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,877,671
Registered Feb. 7, 1995

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, T-SHIRTS,
SHORTS, TANK TOPS, SWEATSUITS, VESTS,
PANTS, JACKETS, SWIMWEAR, SWEATERS,
JEANS AND OUTERWEAR; NAMELY, LINED
JACKETS, INSULATED SNOW MOBILE SUITS
AND NYLON JACKETS, IN CLASS 25 (U.S. CL.
39).
FIRST USE 0–0–1972; IN COMMERCE
0–0–1972.

OWNER OF U.S. REG. NOS. 868,375, 1,195,794
AND OTHERS.

THE NAME "CHUCK TAYLOR" IDENTIFIES
A INDIVIDUAL WHO IS NOW DECEASED.

THE BROKEN LINES ARE A FEATURE OF
THE MARK AND DO NOT INDICATE THE PO-
SITION OF THE MARK ON THE GOODS.

SER. NO. 74–302,298, FILED 8–10–1992.

ANDREW D. LAWRENCE, EXAMINING AT-
TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 1,981,319
Registered June 18, 1996

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: CLOTHING; NAMELY, T-SHIRTS,
SHORTS, TANK TOPS, SWEATSUITS, VESTS,
PANTS, JACKETS, SWIMWEAR, SWEATERS,
JEANS AND OUTERWEAR; NAMELY, LINED
JACKETS, INSULATED SNOW MOBILE SUITS

AND NYLON JACKETS, IN CLASS 25 (U.S.
CLS. 22 AND 39).
FIRST USE 12–7–1992; IN COMMERCE
12–7–1992.
OWNER OF U.S. REG. NOS. 1,138,468,
1,568,131, AND OTHERS.

SN 74–302,907, FILED 8–10–1992.

ANDREW LAWRENCE, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,063,154

## United States Patent and Trademark Office

Registered May 20, 1997

### TRADEMARK
#### PRINCIPAL REGISTER





CONVERSE INC. (DELAWARE CORPORA-TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: HEADWEAR, NAMELY, SPORT AND KNIT HATS AND CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2–15–1993; IN COMMERCE 2–15–1993.

OWNER OF U.S. REG. NOS. 1,138,469, 1,877,671 AND OTHERS.

"CHUCK TAYLOR" IDENTIFIES AN INDI-VIDUAL WHO IS NOW DECEASED.

SER. NO. 75–110,027, FILED 5–28–1996.

FRANCES G. SMITH, EXAMINING ATTOR-NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,063,154

Registered May 20, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: HEADWEAR, NAMELY, SPORT AND
KNIT HATS AND CAPS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 2–15–1993; IN COMMERCE
2–15–1993.

OWNER OF U.S. REG. NOS. 1,138,469, 1,877,671
AND OTHERS.

"CHUCK TAYLOR" IDENTIFIES AN INDI-
VIDUAL WHO IS NOW DECEASED.

SER. NO. 75–110,027, FILED 5–28–1996.

FRANCES G. SMITH, EXAMINING ATTOR-
NEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 2,098,296

**United States Patent and Trademark Office**

Registered Sep. 16, 1997

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: ATHLETIC FOOTWEAR, AND CLOTH-ING, NAMELY, T-SHIRTS, SHORTS, HATS, JACKETS, TANK TOPS, SWEATPANTS AND SWEATSHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9–11–1996; IN COMMERCE 9–11–1996.

OWNER OF U.S. REG. NOS. 1,138,468, 1,804,563, AND OTHERS.

SN 75–075,527, FILED 3–20–1996.

MICHELLE S. WISEMAN, EXAMINING AT-TORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,435,788
Registered Mar. 13, 2001

**TRADEMARK**
**PRINCIPAL REGISTER**



CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642619

FOR: MEN'S BRIEFS, BOXERS, BOXERBRIEFS, PANTS, KNIT SHIRTS, AND SCREEN-PRINTED UNDERWEAR AND LOUNGEWEAR, AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999.

OWNER OF U.S. REG. NO. 1,868,363.

THE NAME SHOWN IN THE MARK IDENTIFIES A PERSON, NOW DECEASED.

SN 75-662,554, FILED 3-17-1999.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,435,789
Registered Mar. 13, 2001

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642619

FOR: CLOTHING NAMELY, MEN'S BRIEFS, BOXERS, BOXER BRIEFS, PANTS, KNIT SHIRTS, AND SCREEN-PRINTED UNDERWEAR, LOUNGE-WEAR AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-30-1999; IN COMMERCE 11-30-1999.

OWNER OF U.S. REG. NO. 1,146,876.

SN 75-662,559, FILED 3-17-1999.

MELVIN AXILBUND, EXAMINING ATTORNEY

**Int. Cls.: 16 and 18**

**Prior U.S. Cls.: 1, 2, 3, 5, 22, 23, 29, 37, 38, 41, and 50**

**Reg. No. 2,466,301**

## United States Patent and Trademark Office

Registered July 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORATION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: EXERCISE BOOKS, WIREBOUND BOOKS, WIREBOUND HARDBACK BOOKS, BALLPOINT PENS, CARTRIDGE PENS, ELASTICATED BINDERS, ERASERS, FILLED PENCIL CASES, PENCILS, PENCIL PACKS, PENCIL SETS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 6-30-1999; IN COMMERCE 6-30-1999.

FOR: BOOK BAGS AND BRIEFCASES-STYLE PORTFOLIOS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 6-30-1999; IN COMMERCE 6-30-1999.

OWNER OF U.S. REG. NOS. 1,053,338 AND 1,138,469.

SN 75-654,970, FILED 3-5-1999.

MELVIN AXILBUND, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 2,856,926

**United States Patent and Trademark Office**  Registered June 22, 2004

**TRADEMARK**
**PRINCIPAL REGISTER**



CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

FOR: APPAREL, NAMELY, WARM-UP SUITS, SHIRTS, PANTS, JACKETS AND SHORTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-25-2003; IN COMMERCE 7-25-2003.

OWNER OF U.S. REG. NOS. 315,273, 2,529,040, AND OTHERS.

THE NAME IN THE MARK DOES NOT IDENTI-FY A LIVING INDIVIDUAL.

SN 78-202,861, FILED 1-14-2003.

SHARON MEIER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,973,804

Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 01845

 FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

 FIRST USE 10-0-2003; IN COMMERCE 10-0-2003.

 OWNER OF U.S. REG. NOS. 1,215,935 AND 1,525,779.

 THE MARK CONSISTS OF A STAR AND CHEVRON DESIGN.

 SEC. 2(F).

 SN 78-303,567, FILED 9-22-2003.

VERNA BETH RIRIE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,481,708

Registered Aug. 5, 2008

## TRADEMARK
### PRINCIPAL REGISTER

*Jack Purcell*

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452601

FOR: FOOTWEAR; CLOTHING, NAMELY, T-SHIRTS, SHORTS, PANTS, TANK TOPS, VESTS, JACKETS, SWEATERS, JEANS, FLEECE TOPS AND BOTTOMS, WIND-RESISTANT SUITS AND JACKETS, WOVEN SHIRTS, SOCKS, SHORT AND LONG SLEEVED TOPS, SHORT AND LONG SLEEVED T-SHIRTS, TROUSERS, SKIRTS, BELTS, SCARVES, AND BLAZERS; EXERCISE WEAR, NAMELY, SWEAT SUITS, SWIMWEAR, SWEAT PANTS, SWEAT SHIRTS, GYM SHORTS, AND SWEAT SHORTS; AND HEADGEAR, NAMELY,

SPORTS CAPS AND KNIT CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-1935; IN COMMERCE 12-31-1935.

OWNER OF U.S. REG. NOS. 583,097 AND 938,918.

THE NAME "JACK PURCELL" DOES NOT IDEN-TIFY A LIVING INDIVIDUAL.

THE MARK CONSISTS OF A SIGNATURE.

SN 77-179,299, FILED 5-11-2007.

KATHERINE CHANG, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent Office

Reg. No. 1,053,338

Registered Nov. 23, 1976

## TRADEMARK
### Principal Register



Eltra Corporation (New York corporation)
55 Fordham Road
Wilmington, Mass.  01887

For:  CANVAS AND IMITATION LEATHER TOPPED SOFT SOLED ATHLETIC SHOES AND CASUAL SHOES, in CLASS 25 (U.S. CL. 39).

First use at least as early as October 1974; in commerce at least as early as January 1975.

Owner of Reg. Nos. 741,662 and 948,576.

Ser. No. 44,904, filed Feb. 24, 1975.

R. E. WOLFINGTON, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,490,262
Registered May 31, 1988

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: ATHLETIC FOOTWEAR, IN CLASS 25
(U.S. CL. 39).
FIRST USE 0–0–1922; IN COMMERCE
0–0–1922.
OWNER OF U.S. REG. NOS. 1,138,468, 1,146,876
AND OTHERS.

"CHUCK TAYLOR" IS THE NAME OF A DE-
CEASED PERSON, AND NOT THAT OF A
PARTICULAR LIVING INDIVIDUAL.
THE DRAWING IS A SHOE DESIGN SHOWN
IN DOTTED LINES DEMONSTRATING THE
PLACEMENT OF A CIRCULAR ANKLE
PATCH ON THE SIDE OF THE SHOE.

SER. NO. 678,527, FILED 8–14–1987.

SCOTT WASH, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 1,588,960

## United States Patent and Trademark Office

Registered Mar. 27, 1990

### TRADEMARK
#### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: ATHLETIC FOOTWEAR, IN CLASS 25
(U.S. CLS. 22 AND 39).

FIRST USE 0–0–1920; IN COMMERCE
0–0–1920.

THE LINING AND STIPPLING IN THE
MARK ARE FEATURES OF THE MARK AND
DOES NOT INTENDED TO INDICATE COLOR.
THE MARK CONSISTS OF A THREE DI-
MENSIONAL SOLE OF SHOE DESIGN.
SEC. 2(F).

SER. NO. 73–678,528, FILED 8–14–1987.

JANICE O'LEAR, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,658,256
Registered Sep. 24, 1991

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 0–0–1935; IN COMMERCE
0–0–1935.

OWNER OF U.S. REG. NO. 583,097.

THE MARK CONSISTS OF THE SOLE OF A
SHOE. THE DOTTED LINES ARE NOT PART
OF THE MARK AND SERVE ONLY TO SHOW
THE POSITION OF THE MARK ON THE
GOODS.

SEC. 2(F).

SER. NO. 73–806,840, FILED 6–15–1989.

JEAN E. LOGAN, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 1,998,884
Registered Sep. 10, 1996

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (DELAWARE CORPORA-
TION)
ONE FORDHAM ROAD
NORTH READING, MA 018642680

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22
AND 39).
FIRST USE 0–0–1935; IN COMMERCE
0–0–1935.
THE STIPPLING SHOWN IN THE DRAWING
IS A FEATURE OF THE MARK AND NOT IN-
TENDED TO INDICATE COLOR.
THE MARK CONSISTS OF A SHOE TOE
DESIGN COMPRISED OF A MOLDED FORM
FLATTENED IN THE FRONT INTO A SEMI-
CIRCULAR SHAPE WITH A SOLID HORIZON-
TAL BAR ALONG THE MIDDLE OF TOE,
TERMINATING THE SEMI-CIRCLE. THE
DOTTED LINES IN THE DRAWING ARE NOT
A PART OF THE MARK BUT SHOW ITS POSI-
TION ON THE GOODS.

SEC. 2(F).

SER. NO. 73–810,426, FILED 7–3–1989.

JERI J. FICKES, EXAMINING ATTORNEY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 3,258,103

**United States Patent and Trademark Office**

Registered July 3, 2007

## TRADEMARK
### PRINCIPAL REGISTER



CONVERSE INC. (ILLINOIS CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452501

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1920; IN COMMERCE 0-0-1920.

OWNER OF U.S. REG. NO. 1,588,960.

THE STIPPLING IS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A THREE DIMENSIONAL TREAD DESIGN LOCATED ON THE OUTSOLE OF A SHOE. THE BROKEN LINES AND THE SHAPES THEREOF ARE INTENDED TO SHOW THE ENVIRONMENT IN WHICH THE MARK IS USED AND ARE NOT CLAIMED AS A FEATURE OR BOUNDARY OF THE MARK.

SEC. 2(F).

SER. NO. 78-845,880, FILED 3-24-2006.

PAUL E. FAHRENKOPF, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,062,112**
**Registered Nov. 29, 2011**

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452501

**Int. Cl.: 25**

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1962; IN COMMERCE 0-0-1962.

**TRADEMARK**

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF THE THREE DIMENSIONAL TRADE DRESS DESIGN OF THE ICONIC AND CLASSIC CHUCK TAYLOR ALL STAR BASKETBALL SHOE FOR WHICH THE FOLLOWING PRIMARY FEATURES ARE CLAIMED: (A) MULTI-PATTERNED RUBBER TOE STRIP. THE RUBBER TOE STRIP HAS FOUR LAYERS OF BANDS FEATURING IN-TRICATE AND DISTINCT PATTERNS OF THREE-DIMENSIONAL DIAMONDS AND LINES. (B) DOUBLE RAND STRIPES. TWO PARALLEL HORIZONTAL LINES RUN ALONG THE RUBBER OUTSOLE OF THE SHOE. THE UPPERMOST CONTRASTING STRIPE RUNS ALONG THE EDGE OF THE RUBBER OUTSOLE AROUND THE ENTIRE CIRCUMFERENCE OF THE SHOE, INCLUDING ON THE TOE CAP. THE SECOND CONTRASTING STRIPE APPEARS MIDWAY ALONG THE RUBBER OUTSOLE AND RUNS FROM THE FRONT EDGE OF THE LICENSE PLATE HEEL TAB TO THE BACK EDGE OF THE RUBBER TOE BUMPER. (C) BRUSHED METAL GROMMETS IN MEDIAL SIDE ARCH. TWO ROUND BRUSHED STEEL GROMMETS ARE PLACED IN A HORIZONTAL LINE ABOVE THE INSIDE MEDIAL ARCH OF THE SHOE. (D) BRUSHED METAL EYESTAY GROMMETS. A SERIES OF EQUALLY-SPACED WIDE, ROUND BRUSHED METAL EYESTAY GROMMETS ARE PART OF THE LACING SYSTEM INSTEAD OF HOOKS, LOOPS, D-RINGS, OR OTHER HOLDING AND LACING MECHANISMS. (E) CONVEX RUBBER TOE CAP. A RAISED, PROTRUDING RUBBER TOE CAP. (F) DOUBLE STITCHING AND BOX-LIKE STITCH ALONG THE UPPER. THE MATTER SHOWN IN BROKEN LINES, NAMELY, THE LICENSE PLATE HEEL TAB AS WELL AS THE OUTLINE OF THE SHOE ALONG THE UPPER, THE TONGUE, THE BACK EDGE, THE REAR PANEL, AND THE SOLE ARE NOT PART OF THE MARK. THE BROKEN LINES SERVE ONLY TO SHOW THE POSITION OR PLACEMENT OF THE PRIMARY FEATURES OF THE TRADE DRESS. THE DASHED LINES INDICATING THE DOUBLE STITCHING AND BOX-LIKE STITCH ALONG THE UPPER ARE PART OF THE MARK.

SEC. 2(F).

SER. NO. 85-018,831, FILED 4-20-2010.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,062,112** BARNEY CHARLON, EXAMINING ATTORNEY

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the
> 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is
> accepted, the registration will continue in force for the remainder of the ten-year period, calculated
> from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a
> federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an
> Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between
> every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above
with the payment of an additional fee.

---

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

---

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with
an extension of protection to the United States under the Madrid Protocol must timely file the Declarations
of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are
based on the U.S. registration date (not the international registration date). The deadlines and grace periods
for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.
*See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications
at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the
International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol,
before the expiration of each ten-year term of protection, calculated from the date of the international
registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration,
see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the
USPTO website for further information. With the exception of renewal applications for registered
extensions of protection, you can file the registration maintenance documents referenced above online
at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,065,482**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
NORTH ANDOVER, MA 018452501

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1946; IN COMMERCE 0-0-1946.

OWNER OF U.S. REG. NOS. 741,662, 1,490,262, AND 1,789,476.

THE MARK CONSISTS OF THE THREE DIMENSIONAL TRADE DRESS DESIGN OF THE ICONIC AND CLASSIC CHUCK TAYLOR ALL STAR BASKETBALL SHOE FOR WHICH THE FOLLOWING PRIMARY FEATURES ARE CLAIMED: (A) MULTI-PATTERNED RUBBER TOE STRIP. THE RUBBER TOE STRIP HAS FOUR LAYERS OF BANDS FEATURING IN-TRICATE AND DISTINCT PATTERNS OF THREE-DIMENSIONAL DIAMONDS AND LINES. (B) ANKLE PATCH ON THE INSIDE ANKLE. THE ROUND PATCH DESIGN WITH DOUBLE DASHED LINE JUST INSIDE THE BOUNDARY OF THE CIRCULAR PATCH, WITH A STAR IN THE CENTER. (C) DOUBLE RAND STRIPES. TWO PARALLEL HORIZONTAL LINES RUN ALONG THE RUBBER OUTSOLE OF THE SHOE. THE UPPERMOST CONTRASTING STRIPE RUNS ALONG THE EDGE OF THE RUBBER OUTSOLE AROUND THE ENTIRE CIRCUMFERENCE OF THE SHOE, INCLUDING ON THE TOE CAP. THE SECOND CON-TRASTING STRIPE APPEARS MIDWAY ALONG THE RUBBER OUTSOLE AND RUNS FROM THE FRONT EDGE OF THE LICENSE PLATE HEEL TAB TO THE BACK EDGE OF THE RUBBER TOE BUMPER. (D) BRUSHED METAL GROMMETS IN MEDIAL SIDE ARCH. TWO ROUND BRUSHED STEEL GROMMETS ARE PLACED IN A HORIZONTAL LINE ABOVE THE INSIDE MEDIAL ARCH OF THE SHOE. (E) BRUSHED METAL EYESTAY GROMMETS. A SERIES OF EQUALLY-SPACED WIDE, ROUND BRUSHED METAL EYE-STAY GROMMETS ARE PART OF THE LACING SYSTEM INSTEAD OF HOOKS, LOOPS, D-RINGS, OR OTHER HOLDING AND LACING MECHANISMS. (F) CONVEX RUBBER TOE CAP. A RAISED, PROTRUDING RUBBER TOE CAP. (G) DOUBLE STITCHING AND BOX-LIKE STITCH ALONG THE UPPER. (H) TOP LINE COLLAR THROAT SHAPE. THE MATTER SHOWN IN BROKEN LINES, NAMELY, THE LICENSE PLATE HEEL TAB AS WELL AS THE OUTLINE OF THE SHOE ALONG THE UPPER, THE TONGUE, THE BACK EDGE, THE REAR PANEL, AND THE SOLE ARE NOT PART OF THE MARK. THE BROKEN LINES SERVE ONLY TO SHOW THE POSITION OR PLACEMENT OF THE PRIMARY FEATURES OF THE TRADE DRESS. THE DASHED LINES INDICATING THE DOUBLE STITCHING AND BOX-LIKE STITCH ALONG THE UPPER ARE PART OF THE MARK.



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Reg. No. 4,065,482** SEC. 2(F).

SER. NO. 85-035,857, FILED 5-11-2010.

BARNEY CHARLON, EXAMINING ATTORNEY

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL
TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE
DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

> *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or
reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,398,753**
CONVERSE INC. (DELAWARE CORPORATION)
ONE HIGH STREET
**Registered Sep. 10, 2013** NORTH ANDOVER, MA 01845

**Int. Cl.: 25**
FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1946; IN COMMERCE 0-0-1946.

**TRADEMARK**

**PRINCIPAL REGISTER**
OWNER OF U.S. REG. NOS. 4,062,112 AND 4,065,482.

THE MARK CONSISTS OF THE DESIGN OF THE TWO STRIPES ON THE MIDSOLE OF
THE SHOE, THE DESIGN OF THE TOE CAP, THE DESIGN OF THE MULTI-LAYERED TOE
BUMPER FEATURING DIAMONDS AND LINE PATTERNS, AND THE RELATIVE POSITION
OF THESE ELEMENTS TO EACH OTHER. THE BROKEN LINES SHOW THE POSITION OF
THE MARK AND ARE NOT CLAIMED AS PART OF THE MARK.

SEC. 2(F).

SER. NO. 85-696,598, FILED 8-6-2012.

KIMBERLY FRYE, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL**
> **TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE**
> **DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years\***
**What and When to File:**

> ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. *See* 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

> ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between the 9th and 10th years after the registration date.\*
> *See* 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

> You must file a Declaration of Use (or Excusable Nonuse) **and** an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

> **The United States Patent and Trademark Office (USPTO) will NOT send you any future notice or**
> **reminder of these filing requirements.**

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the USPTO. The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. *See* 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. *See* 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.