**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| CONVERSE INC., | No. 21-cv-05701 |
| Plaintiff, | Judge Franklin U. Valderrama |
| v. | |
| THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | |
| Defendants. | |

**SEALED TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Plaintiff Converse Inc.'s ("Plaintiff" or "Converse") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery [R. 11], and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) [R. 16] (the "Motions") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases" or "Defendants"), and the Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

The Court further finds that it has personal jurisdiction over the Defendants based on Plaintiff's unrebutted assertions that the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Plaintiff has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller

---

[1] The e-commerce store URLs are listed on Schedule A hereto under the Online Marketplaces.

1

Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Converse's federally registered trademarks ("Converse Trademarks") to residents of Illinois. In this case, Plaintiff has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Converse Trademarks. *See* Exhibit 3 to the Declaration of Joe Pallett (R. 15), which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Converse Trademarks. A list of the Converse Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 369,971 | ALL STAR | For: Athletic shoes of rubber and fabric in class 25 |
| 868,375 | CONVERSE | For: Clothing-namely, industrial boots, rubber boots, tennis shoes, basketball shoes, boat shoes, general purpose athletic sneakers, casual shoes, jackets, trousers, parkas, shirts, raincoats in class 25 |
| 1,206,260 | SKIDGRIP | For: Footwear in class 25 |
| 1,275,191 | ALL STAR | For: All Purpose Sports Bags in class 18 |
| 1,276,236 | ALL STAR | For: Shirts in class 25 |
| 1,493,265 | CONS | For: Footwear in class 25 |
| 1,790,496 | CONS | For: Clothing; namely, knit T-shirts, woven shirts, knit and woven pants, sports caps and knit caps, and spandex exercise wear; namely, T-shirts, sweat pants, shorts, and tank tops in class 25 |

| | | |
|---|---|---|
| 1,868,363 | CONVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, woven shirts, swimwear, knit and woven shorts, knit and woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets, sports caps and knit caps in class 25 |
| 2,453,856 | CONVERSE.COM | For: Computer services, namely, providing an interactive database of information on clothing, footwear, sporting equipment and activities, and sports personalities in class 42 |
| 2,466,322 | CONVERSE | For: Wirebound books, wirebound hardback books, ballpoint pens in class 16 |
| 2,683,548 | WEAPON | For: Footwear in class 25 |
| 2,807,854 | ALL STAR | For: Footwear in class 25 |
| 2,810,717 | CONVERSE | For: Socks in class 25 |
| 2,869,353 | CONVERSE | For: Eyeglasses, sunglasses, all purpose sports goggles, optical frames and accessories therefor in class 9 |
| 2,872,822 | CONVERSE | For: Sports bags in class 18 |
| 3,175,430 | CONVERSE | For: Retail store services featuring footwear, clothing, sports bags and book bags in class 35 |
| 3,191,460 | FIRST STAR | For: Footwear in class 25 |
| 3,289,613 | CONVERSE | For: Shoe laces in class 26 |
| 3,534,741 | CHUCK TAYLOR | For: Footwear; clothing, namely, t-shirts, tank tops and sweat shirts, headgear, namely, sports caps and knit caps in class 25 |
| 3,847,775 | STAR PLAYER | For: Footwear in class 25 |
| 4,417,013 | RUBBER TRACKS | For: Recording studio services; Recording studios in class 41 |
| 5,722,153 | CHUCK 70 | For: Footwear in class 25 |

| | | |
|---|---|---|
| 121,760 |  | For: Boots and shoes made of or containing rubber in class 25 |
| 315,273 |  | For: Shoes made of rubber, leather, fabric, and combinations thereof in class 25 |
| 583,097 |  | For: Rubber-soled canvas shoes for the use of men, women, and children in class 25 |
| 741,662 |  | For: Canvas-Topped, Rubber-Soled Athletic Shoes in class 25 |
| 924,169 |  | For: Basketball shoes, general purpose athletic sneakers in class 25 |
| 938,918 |  | For: Footwear-namely, rubber-soled or plastic-soled canvas shoes in class 25 |
| 1,078,480 |  | For: Footwear in class 25 |

| 1,138,468 |  | For: Footwear in class 25 |
|---|---|---|
| 1,138,469 |  | For: Footwear in class 25 |
| 1,146,876 |  | For: Footwear in class 25 |
| 1,215,935 |  | For: Shirts in class 25 |
| 1,525,779 |  | For: Socks in class 25 |
| 1,632,413 |  | For: Footwear in class 25 |
| 1,654,951 |  | For: Clothing; namely, footwear in class 25 |
| 1,738,330 |  | For: All-purpose sports bags in class 18 |

| 1,789,476 |  | For: Footwear in class 25 |
|---|---|---|
| 1,804,563 |  | For: Clothing; namely, knit T-shirts, collar placket shirts, knit and woven shorts, woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets sports caps in class 25 |
| 1,868,414 |  | For: Footwear in class 25 |
| 1,877,671 |  | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, and outerwear; namely, lined jackets in class 25 |
| 1,981,319 |  | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, sweaters, jeans and outerwear; namely, lined jackets, and nylon jackets in class 25 |
| 2,063,154 |  | For: Headwear, namely, sport and knit hats and caps in class 25 |
| 2,098,296 |  | For: Athletic footwear, and clothing, namely, T-shirts, shorts, hats, jackets, tank tops, sweatpants and sweatshirts in class 25 |

| | | |
|---|---|---|
| 2,435,788 |  | For: T-shirts in class 25 |
| 2,435,789 |  | For: Clothing namely, t-shirts in class 25 |
| 2,466,301 |  | For: Book bags and briefcases-style portfolios in class 18 |
| 2,856,926 |  | For: Apparel, namely, warm-up suits, shirts, pants, jackets and shorts in class 25 |
| 2,973,804 |  | For: Footwear in class 25 |
| 3,481,708 |  | For: Footwear; clothing, namely, t-shirts, short and long sleeved tops, short and long sleeved t-shirts, exercise wear, namely, sweat suits, and headgear, namely, sports caps in class 25 |

| 1,053,338 |  | For: Canvas and imitation leather topped soft soled athletic shoes and casual shoes in class 25 |
| 1,490,262 |  | For: Athletic footwear in class 25 |
| 1,588,960 |  | For: Athletic footwear in class 25 |
| 1,658,256 |  | For: Footwear in class 25 |
| 1,998,884 |  | For: Footwear in class 25 |
| 3,258,103 |  | For: Footwear in class 25 |

| | | |
|---|---|---|
| 4,062,112 |  | For: Athletic footwear in class 25 |
| 4,065,482 |  | For: Athletic footwear in class 25 |
| 4,398,753 |  | For: Footwear in class 25 |

The Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Converse has presented specific facts in the Declaration of Joe Pallett [14], paragraphs 28–33, and the Declaration of Justin R. Gaudio [13], paragraphs 5–11, in support of the Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would move any assets from accounts in financial institutions under the Court's jurisdiction to off-shore accounts. As other courts have

recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party.  Accordingly, the Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

   a. using the Converse Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Converse product or any other product produced by Converse, that is not Converse's or not produced under the authorization, control or supervision of Converse and approved by Converse for sale under the Converse Trademarks;

   c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Converse, or are sponsored by, approved by, or otherwise connected with Converse;

   d. further infringing the Converse Trademarks and damaging Converse's goodwill; and

   e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Converse, nor authorized by Converse to be sold or offered for sale, and which bear any of Converse's trademarks,

including the Converse Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Converse's request, any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, provide to Converse expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), eBay, Alipay,

Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.    Upon Converse's request, those with notice of the injunction, including Third Party Providers as defined in Paragraph 2, shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the Converse Trademarks.

4.    Defendants shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by the Court.

5.    Any Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within ten (10) business days of receipt of this Order:

   a.  locate all accounts and funds connected to Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett, and any e-mail addresses provided for Defendants by third parties; and

   b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further ordered by the Court.

6.    Converse is authorized to issue expedited written discovery, pursuant to the Federal Rules of Civil Procedure 33, 34 and 36, related to:

   a.  the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in active concert or participation with

12

them, including all known contact information, including any and all associated e-mail addresses; and

b.  the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplaces.

Converse is authorized to issue any such expedited discovery requests via e-mail. Defendants shall respond to any such discovery requests within three (3) business days of being served via e-mail.

7.  Converse may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing, service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "The Partnerships and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8.      Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Joe Pallet [15], and this Order shall remain sealed until further ordered by the Court or until this Order expires, whichever occurs first.

9.      By November 5, 2021 at 6:00 p.m., Converse shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount has, in the absence of adversarial testing, been deemed adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

10.     Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules.  Any third party impacted by this Order may move for appropriate relief.

11.     Provided that Converse posts the security as described in paragraph 9 by the date and time indicated in paragraph 9, this Temporary Restraining Order without notice shall become effective on November 5, 2021 at 6:00 p.m. and shall remain in effect for fourteen (14) days.

Date:  November 4, 2021

United States District Judge
Franklin U. Valderrama

Converse Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule
"A" - Case No. 21-cv-5701
Schedule A

| No | URL | Name / Seller Alias |
|---|---|---|
| | **Defendant Online Marketplaces** | |
| 1 | ahxihuishoes.en.alibaba.com | Anhui Xihui Import And Export Co., Ltd. |
| 2 | biyate.en.alibaba.com | Xiamen Biyate Imp. & Exp. Co., Ltd. |
| 3 | calmness.en.alibaba.com | Quanzhou Kangningshi Environmental Protection Technology Co., Ltd. |
| 4 | cnkedexin.en.alibaba.com | Yong 'an City Yan Nan Street Ke Dexin Clothing Store |
| 5 | docenfootwear.en.alibaba.com | Xiamen Mango Fashion Shoes Trade Co., Ltd. |
| 6 | gloryfootwear.en.alibaba.com | Qingdao Glory Footwear Co., Ltd. |
| 7 | guipaishoes.en.alibaba.com | Zhejiang Guipai Shoes Co., Ltd. |
| 8 | heated.en.alibaba.com | Shenzhen Hongjiali Technology Co., Ltd |
| 9 | hnywdf.en.alibaba.com | Yiwu Dafeng Import And Export Co., Ltd. |
| 10 | hotshoes.en.alibaba.com | Taizhou Linfeng Shoes Co., Ltd. |
| 11 | houshen.en.alibaba.com | Wenzhou Duocheng Foreign Trade Co., Ltd. |
| 12 | huankun.en.alibaba.com | Yiwu Huankun International Trade Co., Ltd. |
| 13 | ifanshoes.en.alibaba.com | Zhaoxian Xiaoteng Medical Instrument Co., Ltd. |
| 14 | insgear.en.alibaba.com | Unique (Quanzhou) Light Industry Co., Ltd. |
| 15 | itecshoes.en.alibaba.com | Xiamen Itec Shoes Co., Ltd. |
| 16 | jazbasport.en.alibaba.com | Xiamen SMD Light Industry Co., Ltd. |
| 17 | jeechu.en.alibaba.com | Yiwu Jeechu Trading Co., Ltd. |
| 18 | jerryfootprint.en.alibaba.com | Xiamen Jerryfootprint Imp & Exp Co., Ltd. |
| 19 | jinbeile.en.alibaba.com | Quanzhou Luojiang District Baitao Trading Co., Ltd. |
| 20 | kaijunshoes.en.alibaba.com | Wenling Kaijun Shoes Co., Ltd. |
| 21 | kuntusi.en.alibaba.com | Yiwu Kuntusi Shoes Co., Ltd. |
| 22 | ljshoes150.en.alibaba.com | Rui'an Lingjue Shoes Co., Ltd. |
| 23 | momkids.en.alibaba.com | Yiwu Dongtai Mom&kids Products Co., Ltd. |
| 24 | naitejck.en.alibaba.com | Shaoxing Naite Import And Export Co., Ltd. |
| 25 | pinyizc.en.alibaba.com | Quanzhou Pinyi Zhongchuang Space Trading Co., Ltd. |
| 26 | qijitrading.en.alibaba.com | Yiwu Qiji Trading Co., Ltd. |
| 27 | qzdesigndreams.en.alibaba.com | Quanzhou Youmeng E-Commere Co., Ltd. |
| 28 | qzjh-sports.en.alibaba.com | Quanzhou Jinhong Import And Export Co., Ltd. |
| 29 | qzwisdom.en.alibaba.com | Quanzhou Zhiwen Hongxuan Media Culture Co., Ltd. |

| 30 | qzyhmy.en.alibaba.com | Quanzhou Yinghao Trading Co., Ltd. |
| 31 | qzyunzhan.en.alibaba.com | Quanzhou Yunzhan Electronic Commerce Co., Ltd. |
| 32 | qzywwl.en.alibaba.com | Quanzhou Yewei Network Technology Co., Ltd. |
| 33 | qzzz.en.alibaba.com | Xiamen Zhuzhu Network Technology Co., Ltd. |
| 34 | sakatrade2016.en.alibaba.com | Wenzhou Saiya Trade Co., Ltd. |
| 35 | scmskj.en.alibaba.com | Sichuan Miaoshan Technology Co., Ltd. |
| 36 | shonsn.en.alibaba.com | Quanzhou Orange Peel E-Commerce Co., Ltd. |
| 37 | shxsgroup.en.alibaba.com | Shanghai Xiangsheng Trade Co., Ltd. |
| 38 | startravel.en.alibaba.com | Wenzhou Star Travel Trading Co., Ltd. |
| 39 | suopin.en.alibaba.com | Shenzhen Suopin Technology Co., Ltd. |
| 40 | todomore.en.alibaba.com | Quanzhou Yuanshang Grass Trading Co., Ltd. |
| 41 | uniyang.en.alibaba.com | Quanzhou Uniyang Imp&Exp Trade Co., Ltd. |
| 42 | withoff.en.alibaba.com | Ruian Guangyuan Trading Co., Ltd. |
| 43 | wowholo.en.alibaba.com | Yiwu Wowholo Technology Co., Ltd. |
| 44 | wuhushoes.en.alibaba.com | Wangdu Wuhu Trading Co., Ltd. |
| 45 | wzbsa.en.alibaba.com | Wenzhou Boshiao Imp & Exp Trade Co., Ltd. |
| 46 | wzdhshoes.en.alibaba.com | Wenzhou Johan Import&Export Trading Co., Ltd. |
| 47 | wzhwmy.en.alibaba.com | Wenzhou Hongwei Trading Co., Ltd. |
| 48 | wzmingyi.en.alibaba.com | wzmingyi.en.alibaba.com |
| 49 | xiaotengyiliao.en.alibaba.com | Quanzhou Moqi Culture Development Co., Ltd. |
| 50 | xinqishoes.en.alibaba.com | Quanzhou Xinqi Trading Co., Ltd. |
| 51 | yuanke888.en.alibaba.com | Wenling Houshen Import And Export Co., Ltd. |
| 52 | ywhengzun.en.alibaba.com | Yiwu Hengzun Import And Export Co., Ltd. |
| 53 | ywkana.en.alibaba.com | Yiwu Kana E-Commerce Firm |
| 54 | ywzhihua.en.alibaba.com | Yiwu Zhihua Trade Co., Ltd. |
| 55 | zujuyoupin.en.alibaba.com | Quanzhou Zuju Youpin Shoes And Clothing Co., Ltd. |
| 56 | zyen.en.alibaba.com | Quanzhou Yudong Electronic Commerce Co., Ltd. |
| 57 | zzyoulike.en.alibaba.com | Zhangzhou Yolaike Network Technology Co., Ltd. |
| 58 | aliexpress.com/store/1196828 | YYW SPORTING Store |
| 59 | aliexpress.com/store/1250127 | Vovacom Store |
| 60 | aliexpress.com/store/2251003 | Redheavenstar Store |
| 61 | aliexpress.com/store/2901072 | Lizzzzard Store |
| 62 | aliexpress.com/store/2962286 | Cosicon Store |
| 63 | aliexpress.com/store/3091103 | Babaya Footwear Store |
| 64 | aliexpress.com/store/3103085 | ZOO Store |
| 65 | aliexpress.com/store/3198060 | Aunt boutique Store |

| 66 | aliexpress.com/store/3362020 | XGRAVITY Official Store |
|---|---|---|
| 67 | aliexpress.com/store/3588003 | Cytor Skates Store |
| 68 | aliexpress.com/store/418622 | Alice's Cosy Life Store |
| 69 | aliexpress.com/store/4432204 | xixili Store |
| 70 | aliexpress.com/store/4648141 | Shining Stone Official Store |
| 71 | aliexpress.com/store/4990449 | SIMPLEXEVER Official Store |
| 72 | aliexpress.com/store/5362095 | Affordable shoe Store |
| 73 | aliexpress.com/store/5370240 | Shop5370240 Store |
| 74 | aliexpress.com/store/5486256 | Shop5486256 Store |
| 75 | aliexpress.com/store/5496172 | Shop5496172 Store |
| 76 | aliexpress.com/store/5513035 | lisujie Store |
| 77 | aliexpress.com/store/5592424 | Skates Store |
| 78 | aliexpress.com/store/5597296 | Son of Light Store |
| 79 | aliexpress.com/store/5619081 | XY Cos Costume Store |
| 80 | aliexpress.com/store/5627134 | Zilingo Store |
| 81 | aliexpress.com/store/5630144 | L Zhi Store |
| 82 | aliexpress.com/store/5725036 | YAFUKANO Store |
| 83 | aliexpress.com/store/5727184 | Aliplay Store |
| 84 | aliexpress.com/store/5735065 | Shop5735065 Store |
| 85 | aliexpress.com/store/5783558 | Shop5783558 Store |
| 86 | aliexpress.com/store/5842212 | Shop5842212 Store |
| 87 | aliexpress.com/store/5878127 | UVRCOS Global Dropshipping Store |
| 88 | aliexpress.com/store/5888850 | Shop5888850 Store |
| 89 | aliexpress.com/store/900250413 | RANMO MG Store |
| 90 | aliexpress.com/store/900250452 | Dropship-006 Store |
| 91 | aliexpress.com/store/910367388 | LTXiXi Offcial Store |
| 92 | aliexpress.com/store/910372332 | QiShan Store |
| 93 | aliexpress.com/store/910429022 | TENNYALEN LH COS Store |
| 94 | aliexpress.com/store/910715101 | Ali_Welcome Store |
| 95 | aliexpress.com/store/910770020 | katidai Store |
| 96 | aliexpress.com/store/910966057 | Shop910966057 Store |
| 97 | aliexpress.com/store/910987081 | Shop910987081 Store |
| 98 | aliexpress.com/store/911057235 | Toprincess products Store |
| 99 | aliexpress.com/store/911065077 | Shop911065077 Store |
| 100 | aliexpress.com/store/911109128 | Shop911109128 Store |
| 101 | aliexpress.com/store/911124085 | Shop911124085 Store |
| 102 | aliexpress.com/store/911223010 | Anime Timing Store |
| 103 | aliexpress.com/store/911257071 | Shop911257071 Store |
| 104 | aliexpress.com/store/911329084 | Shop911329084 Store |
| 105 | aliexpress.com/store/911599860 | ManCang Store |
| 106 | aliexpress.com/store/911712335 | Tic-Young Store |
| 107 | aliexpress.com/store/911753744 | BOGUO369 Store |
| 108 | aliexpress.com/store/911830483 | Trendy shoe bag Store |

| 109 | aliexpress.com/store/911929412 | SSHQO Canton Store |
| 110 | aliexpress.com/store/911930949 | Li tongtong Store |
| 111 | aliexpress.com/store/912073136 | PEKO Backpack Factory Store |
| 112 | aliexpress.com/store/912135013 | Woshinimendie Store |
| 113 | aliexpress.com/store/912161146 | search Store |
| 114 | aliexpress.com/store/912162076 | SHOESSHOP Store |
| 115 | aliexpress.com/store/912181919 | DBLBAO Shoe Store |
| 116 | aliexpress.com/store/912230002 | sanduohua Store |
| 117 | aliexpress.com/store/912243003 | MaKuo Store |
| 118 | aliexpress.com/store/912257545 | GuoFuDiYi NvXie Store |
| 119 | aliexpress.com/store/912262579 | Very beautiful fashionable Store |
| 120 | aliexpress.com/store/912263378 | Suker Store |
| 121 | aliexpress.com/store/912265429 | muyguay Store |
| 122 | aliexpress.com/store/912270599 | RICER Store |
| 123 | aliexpress.com/store/912271679 | 912271679 Store |
| 124 | aliexpress.com/store/912332156 | Demie B Store |
| 125 | aliexpress.com/store/912340906 | MLFYC Store |
| 126 | aliexpress.com/store/912348710 | Good shoe store Store |
| 127 | aliexpress.com/store/912368342 | DcLyy Store |
| 128 | aliexpress.com/store/912370969 | wangwuer Store |
| 129 | aliexpress.com/store/912403414 | meiliang Store |
| 130 | aliexpress.com/store/912407966 | fangpu Store |
| 131 | aliexpress.com/store/912408483 | Vines Store |
| 132 | aliexpress.com/store/912418750 | Hudada888 Store |
| 133 | aliexpress.com/store/912458185 | Jiangjunshan Shoe Store Store |
| 134 | aliexpress.com/store/912467841 | YIAN Store |
| 135 | aliexpress.com/store/912469002 | chao xie chao fu Store |
| 136 | aliexpress.com/store/912470161 | Anime_ Store |
| 137 | aliexpress.com/store/912488124 | Forward Courageously Store |
| 138 | aliexpress.com/store/912500748 | WZSD888 Store |
| 139 | aliexpress.com/store/912513016 | NO00009 Store |
| 140 | amazon.com/sp?seller=A1168CHHX875V8 | TerryVictor Veblen |
| 141 | amazon.com/sp?seller=A1321ABKNZ9C32 | longfengtao |
| 142 | amazon.com/sp?seller=A1439OY625JVYO | HaiLongDianZiChanPinDian |
| 143 | amazon.com/sp?seller=A165R4MAGSA91D | caiyunzhinan |
| 144 | amazon.com/sp?seller=A17KSZ9EFC67FC | nanpingshijianyangqubaixiaoshunbaihuoshanghang |
| 145 | amazon.com/sp?seller=A17RFUF4C6T834 | zechengbaihuo |

| 146 | amazon.com/sp?seller=A185ITIVGBI7KL | sibosi |
|---|---|---|
| 147 | amazon.com/sp?seller=A1BII502KS3L3F | erhuStore |
| 148 | amazon.com/sp?seller=A1ICK8MCLYA7CW | ermuchenglin |
| 149 | amazon.com/sp?seller=A1MFCFQMIQJW82 | PatrickRyan |
| 150 | amazon.com/sp?seller=A1OX7LU6KK1IPB | sanmenxiashihubinqumeidabaihuodian |
| 151 | amazon.com/sp?seller=A1R9W2HQ4OFKHH | qingzhuodianliao |
| 152 | amazon.com/sp?seller=A1S1ZS7M1476CJ | melodaytop |
| 153 | amazon.com/sp?seller=A1XBP0X4W3D6LE | Vivian Aurora Joyce |
| 154 | amazon.com/sp?seller=A260FTUAJOX81V | Casey Henry Natalia |
| 155 | amazon.com/sp?seller=A2CLI13QRBRX5L | TengDaTiYuYP |
| 156 | amazon.com/sp?seller=A2DXGWGE4TLDF6 | lichengqukai |
| 157 | amazon.com/sp?seller=A2I34CBXUUF6C6 | staring lucy |
| 158 | amazon.com/sp?seller=A2I4KUHOWUAM0L | xisaishanquxiquedianzi |
| 159 | amazon.com/sp?seller=A2I4OB08GLA4PQ | A2I4OB08GLA4PQ |
| 160 | amazon.com/sp?seller=A2IPVQV7LXLK0R | A2IPVQV7LXLK0R |
| 161 | amazon.com/sp?seller=A2JJ68Z8RKQ679 | dasuygggs25e |
| 162 | amazon.com/sp?seller=A2JMG54OQYDS49 | Pu Tian Shi Zhi Ben Gao Mao Yi You Xian Gong Si |
| 163 | amazon.com/sp?seller=A2MJBTKBP4TP6W | AU&MU |
| 164 | amazon.com/sp?seller=A2N1IYMCD0IF3X | LcHongZhuo |
| 165 | amazon.com/sp?seller=A2P6GYR5065J2B | HUmEierSI |
| 166 | amazon.com/sp?seller=A2W6300QWTGM2U | WEIYANG |
| 167 | amazon.com/sp?seller=A35E8S7KCGDERO | daixianronglebaihuozhan |
| 168 | amazon.com/sp?seller=A36ALKGLPL4PHM | Jessica Laraine |

| 169 | amazon.com/sp?seller=A38V5RHYD WCUHD | nanfengxiansenmanshixiaoshoubu |
| 170 | amazon.com/sp?seller=A396BMH1J9 MR6Q | A396BMH1J9MR6Q |
| 171 | amazon.com/sp?seller=A3G30VLPWK IJWU | xinjiade |
| 172 | amazon.com/sp?seller=A3JRAOJNT14 JVQ | Robert AaronLilyAustin |
| 173 | amazon.com/sp?seller=A3LDQXS3M5 0PNU | kaitlynandrea judith |
| 174 | amazon.com/sp?seller=A3O6OCH0EB WKTC | Hebe IvyJanet |
| 175 | amazon.com/sp?seller=A3O6SQS50P HQWF | TooBetter |
| 176 | amazon.com/sp?seller=A3Q8W5A9J3 BHSZ | Ban Lu Shang Mao You Xian Gong Si |
| 177 | amazon.com/sp?seller=A3R141OOU8 YC8O | Fan Qi Shang Mao You Xian Gong Si |
| 178 | amazon.com/sp?seller=A609GM977FS VD | HaoWenjun |
| 179 | amazon.com/sp?seller=A7NM3OYTU 380I | Shanxizhuanxingzonggaishifanquxuefuyuanquj infengdi |
| 180 | amazon.com/sp?seller=A96TDXBCAR FX0 | Darcy Rachel Sylvia Moira |
| 181 | amazon.com/sp?seller=AAZ752STDR R96 | ASH FOOTWEAR |
| 182 | amazon.com/sp?seller=AFRUP8FIR5S 4N | The coffeedomain |
| 183 | amazon.com/sp?seller=AHAXJDT8Y4 QZ9 | AELODGE |
| 184 | amazon.com/sp?seller=ALRDJB5OLL UC3 | ALSYIQI-US |
| 185 | amazon.com/sp?seller=AP1W3RJPSDI Y9 | ganzhoumudijiajuyouxiangongsi |
| 186 | amazon.com/sp?seller=AR4J27D7DR UUR | KalikaTallulah KT |
| 187 | amazon.com/sp?seller=AUQ5JY24KL TFD | LongHuaMeiJiaJianZhu |
| 188 | amazon.com/sp?seller=AWIAY6U423 KSE | New beginning-vip |
| 189 | ebay.com/usr/nishihaozhang | nishihaozhang |
| 190 | wish.com/merchant/5b0f8f612c3c1d24 0b34ed4c | shijiebowuleiniu |