**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CONVERSE INC.,<br><br>     Plaintiff,<br><br>v.<br><br>ANHUI XIHUI IMPORT AND EXPORT CO., LTD., et al.,<br><br>     Defendants. | Case No. 21-cv-05701<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Converse Inc.

("Plaintiff" or "Converse") hereby dismisses this action with prejudice as to the following

Defendants:

| Defendant Name | Line No. |
|---|---|
| Anhui Xihui Import And Export Co., ltd. | 1 |
| Yong 'an City Yan Nan Street Ke Dexin Clothing Store | 4 |
| Xiamen Mango Fashion Shoes Trade Co., ltd. | 5 |
| Qingdao Glory Footwear Co., ltd. | 6 |
| Zhejiang Guipai Shoes Co., ltd. | 7 |
| Unique (Quanzhou) Light Industry Co., ltd. | 14 |
| Xiamen Itec Shoes Co., ltd. | 15 |
| Yiwu Jeechu Trading Co., ltd. | 17 |
| Xiamen Jerryfootprint Imp & Exp Co., ltd. | 18 |
| Quanzhou Luojiang District Baitao Trading Co., ltd. | 19 |
| Shaoxing Naite Import And Export Co., ltd. | 24 |
| Quanzhou Pinyi Zhongchuang Space Trading Co., ltd. | 25 |
| Quanzhou Yunzhan Electronic Commerce Co., ltd. | 31 |
| Quanzhou Yewei Network Technology Co., ltd. | 32 |
| Xiamen Zhuzhu Network Technology Co., ltd. | 33 |

| | |
|---|---|
| Quanzhou Orange Peel E-Commerce Co., ltd. | 36 |
| Wenzhou Star Travel Trading Co., ltd. | 38 |
| Wenzhou Boshiao Imp & Exp Trade Co., ltd. | 45 |
| Wenzhou Johan Import&Export Trading Co., ltd. | 46 |
| Wenzhou Hongwei Trading Co., ltd. | 47 |
| wzmingyi.en.alibaba.com | 48 |
| Quanzhou Moqi Culture Development Co., ltd. | 49 |
| Wenling Houshen Import And Export Co., ltd. | 51 |
| Yiwu Zhihua Trade Co., ltd. | 54 |
| Quanzhou Zuju Youpin Shoes And Clothing Co., ltd. | 55 |
| TooBetter | 175 |

Dated this 21st day of January 2022.          Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Converse Inc.*

2