UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Converse Inc.

　　　　　　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　　　Case No.: 1:21−cv−05701

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Franklin U. Valderrama

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

　　　　　　　　　　　　　　　　　　　　Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 26, 2022:

　　　　MINUTE entry before the Honorable Franklin U. Valderrama: Before the Court is defendant AU&MU;'s motion for extension of time to answer [49]. In its motion, AU&MU; advises that it is in the process of obtaining counsel. In order to file any motion before the Court, AU&MU; must obtain counsel, as a corporation cannot appear in court pro se or be represented by a non−lawyer. Scandia Down Corp. v. Euroquilt, Inc., 772 F. 2d 1423, 1427 (7th Cir. 1985) ("A corporation must appear by counsel, or not at all.") Additionally, the Court entered a final judgment order on 1/21/2022 [47]. In light of the dismissal of the case, the Court cannot consider AU&MU;'s pending motion while the case is dismissed. Accordingly, AU&MU;'s motion for extension of time to answer [49] is denied. If AU&MU; wishes for the Court to consider any future motion, it must obtain counsel and file a motion to vacate the dismissal order and reinstate the case. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.