IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> ANHUI XIHUI IMPORT AND EXPORT CO., LTD., et al., <br><br> Defendants. | Case No. 21-cv-05701 <br><br> **Judge Franklin U. Valderrama** <br><br> **Magistrate Judge Maria Valdez** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on January 21, 2022 [47], in favor of Plaintiff Converse Inc. ("Plaintiff" or "Converse") and against the Defendants Identified in Schedule A in the amount of two thousand dollars ($200,000) per Defaulting Defendant for willful use of counterfeit Converse Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Converse acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| **Defendant Name** | **Line No.** |
|---|---|
| AU&MU | 163 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 11th day of February 2022.

Respectfully submitted,

/s/ RiKaleigh C. Johnson
Amy C. Ziegler
Justin R. Gaudio
RiKaleigh C. Johnson
Jake M. Christensen
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rjohnson@gbc.law
jchristensen@gbc.law

*Counsel for Plaintiff Converse Inc.*