SM

**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURT HOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

21 cv 5701
# 51

neopost
01/26/2022
US POSTAGE $001.30⁰

FIRST-CLASS MAIL
INTL

041M11Z70962

RECEIVED
2022 APR 12 PM 1:24

**AU&MU
Jian Fei Wu
Unit F, Fl. 2, No. 45, Xiaxi Rd.
Siming District
Xiamen, Fujian
China**

退回
RETURN

邮 2608
CN 15

☑ 查无此人 Unknown
☐ 拒收 Refused
☐ 人已他住 Gone away
☐ 无人领取 Unclaimed
☐ 地址欠详 Insufficient address
☐ 已迁居 Removed

吕永明

卢凯华

NIXIE        100    5C  1        0104/05/22

RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 60604180099    *0929-04838-26-45

_. 9333100035077802

60604>1800



温馨提示

尊敬的用户:
　　目前境外疫情**形势**
**严峻，中国**邮政已根据
国家防疫相关要求，对
您的进口邮件**外包装**进
行消毒处理。建议您在
**开箱后及时**对内件做消
**毒处理，注意做好防护**
措施。


中国邮政
CHINA POST